[Sac. No. 1743. In Bank.—March 29, 1910.]

FRANK B. BRIARE, Petitioner, v. SUPERIOR COURT OF THE COUNTY OF SAN JOAQUIN, and FRANK H. SMITH, Judge, Respondents.

REMOVAL OF POLICE OFFICER—MISCONDUCT IN OFFICE—CHARTER OF STOCKTON.—*Craig* v. *Superior Court, ante,* p. 481, approved.

APPLICATION for a Writ of Prohibition directed to the Superior Court of San Joaquin County. Frank H. Smith, Judge.

The facts are similar to those involved in the case of *Craig* v. *Superior Court, ante,* p. 481.

Ashley & Neumiller, for Petitioner.

George F. McNoble, District Attorney, for Respondents.

THE COURT.—This is an application for writ of prohibition. The questions involved are the same as those involved in *Craig* v. *Superior Court, ante,* p. 481, [108 Pac. 310], this day decided. Upon the authority of that case, the writ must issue.

Let a peremptory writ of prohibition issue as prayed.